Ellen J. Madden, Respondent, v. Frederick R. Thompson, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Claim of Fraser Mosley, Respondent, against Estate of Moritz H. Rosenstein, Inc., and Another, Appellants. State Industrial Board, Respondent.*— Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

Raymond L. Bradshaw, Respondent, v. The City of Schenectady, J. Ward White and Others, Appellants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Claim of Peter Rossi, Respondent, against Vincenzo Ciampi & Sons, Respondent, and The Metropolitan Casualty Insurance Company of New York, Appellant. State Industrial Board, Respondent.†— Award unanimously affirmed, with costs to the State Industrial Board against the appellant, on the authority of Matter of Vollpe v. Petti (256 N. Y. 570). Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

In the Matter of the Claim of Rose Straus, Respondent, against S. Goldstein & Bros. and Another, Appellants. State Industrial Board, Respondent.‡ Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

In the Matter of the Claim of Joseph Schoeberl, Respondent, against Charles Pfizer & Co., Inc., Appellant, and State Insurance Fund. State Industrial Board, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

In the Matter of the Claim of Gertrude Gray, Respondent, against Monticello Hebrew Hospital Association and Another, Appellants. State Industrial Board, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

In the Matter of the Claim of Sam Besdonsky, Respondent, against Morris Kurlanchick and Another, Appellants. State Industrial Board, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.